**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA LEGASPI AND GLENN LEGASPI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION; AND DOES 1 - 10 INCLUSIVE,<br><br>　　　　　Defendants. | Case No. EDCV 12-01132 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order issued September 19, 2012, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 3, 2012

　　　　　　　　　　　　　　　　　*Virginia A. Phillips*
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge