**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA LEGASPI AND GLENN LEGASPI, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; AND DOES 1 - 10 INCLUSIVE, <br><br> Defendants. | Case No. EDCV 12-01132 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order issued September 19, 2012, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 3, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge